THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 31, 2010



*Susan V. Kelley*

Honorable Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:                                          CASE NO. 09-31452-SVK

      JOSEPH JOHN BLASCZYK               CHAPTER 13

           Debtor.

ORDER APPROVING STIPULATION TO CURE ARREARAGES AND
GRANTING U.S. BANK NATIONAL ASSOCIATION, AS ASSIGNEE OF MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS NOMINEE FOR
HOMETOWN EQUITY MORTGAGE OF ST. LOUIS, INC.
ADEQUATE PROTECTION AND MODIFYING THE AUTOMATIC STAY

The Court, having reviewed the Stipulation filed in this matter and all other proceedings
herein, it is hereby

ORDERED:

That the February 12, 2010, Stipulation to Cure Arrearages and Granting Adequate
Protection and Modifying the Automatic Stay entered into between Creditor, Chapter 13 Trustee and
the Debtor, and filed with the Court, is hereby approved; and that the terms and conditions of said
Stipulation shall have the same force and effect as if expressly stated herein.

#####

W:\FORECLOSURE\BANKRUPTCY\Ch 13\AP Order.doc